UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA SMITH, an individual and , administrator of the Estate of Stephen G. Smith, <br><br>    Plaintiff, <br><br> V. <br><br> TERMINAL RAILROAD ASSOC. OF ST. LOUIS PENSION PLAN FOR NONSCHEDULE EMPLOYEES, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 4:13CV2500 RWS |

## MEMORANDUM AND ORDER OF STAY

This matter is before me on plaintiff's motion for summary judgment. As explained by plaintiff in her motion and by counsel during the scheduling conference, plaintiff's claim is similar to claims pending before the Honorable Henry E. Autrey in this Court (Case Number 4:11CV1327 HEA, <u>Ingram v. Terminal Railroad Assoc.of St. Louis Pension Plan for Nonschedule Employees</u>) and before the Southern District of Illinois (Cause Number 4:12-1239 DRH-DGW). For this reason, the Southern District of Illinois has stayed its case pending Judge Autrey's ruling in his case. In the interests of judicial economy and uniformity, upon my own motion I will also stay my case pending a ruling in these prior filed cases. I will deny plaintiff's motion without prejudice to being refiled after the two judges in these prior filed cases have issued their decisions. I would like the parties to inform me within 10 days of a ruling issued in each of these cases by filing a joint memorandum attaching the decision. Within 10 days of the last decision being entered, the parties shall file a joint motion to lift the stay and propose new briefing and/or scheduling deadlines, if required.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment [#14] is denied without prejudice to being refiled as set out above.

**IT IS FURTHER ORDERED** that <u>**this case is stayed pending further Order of the Court**</u>, and the parties shall notify me of decisions issued in the two cases discussed above by filing a joint memorandum attaching a copy of the decision within 10 days of its issuance. Within 10 days of the last decision being issued, the parties shall file a joint motion to lift the stay and propose new briefing and/or scheduling deadlines, if required.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2014.