UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA SMITH, an individual and, administrator of the Estate of Stephen G. Smith, ) ) ) | |
| Plaintiff, ) ) | |
| V. ) ) | Case No. 4:13CV2500 RWS |
| TERMINAL RAILROAD ASSOC. OF ST. LOUIS PENSION PLAN FOR NONSCHEDULE EMPLOYEES, ) ) ) ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER OF STAY

In the interest of judicial economy and uniformity,

**IT IS HEREBY ORDERED <u>this case is stayed pending further Order of the Court</u>**, and the parties shall notify me of the decision issued by the Eighth Circuit Court of Appeals in the appeal of <u>Ingram v. Terminal Railroad Assoc. of St. Louis Pension Plan</u>, Case No. 4:11 CV 1327 HEA, by filing a joint memorandum attaching a copy of the decision within 10 days of its issuance. Within 10 days of the mandate being issued in that case, the parties shall file a joint motion to lift the stay and propose new briefing and/or scheduling deadlines, if required.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2015.