UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA SMITH, an individual and administrator of the Estate of Stephen G. Smith, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:13CV2500 RWS |
| TERMINAL RAILROAD ASSOC. OF ST. LOUIS PENSION PLAN FOR NONSCHEDULE EMPLOYEES, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On February 5, 2016, I stayed this case pending the final resolution of the appeal of Ingram v. Terminal Railroad Assoc. of St. Louis Pension Plan, Case No. 4:11 CV 1327 HEA, by the Eighth Circuit Court of Appeals. That case is now final, and the mandate was issued March 17, 2016. My Order of Stay required the parties to file a joint motion to lift the stay and propose new briefing and/or scheduling deadlines, if required, within ten days of that date. That time has now expired, and the parties have yet to comply with my Order.

**IT IS HEREBY ORDERED** that, by **no later than April 4, 2016, the parties shall file a joint memorandum advising me of the status of this case and whether a new briefing schedule is required in light of the decisions from the Seventh and Eighth Circuit Courts of Appeal. Failure to comply with this Order may result in the imposition of sanctions against one or both parties.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of March, 2016.